1
2
3
4
5
6                           UNITED STATES DISTRICT COURT
7                                  DISTRICT OF NEVADA
8                                       * * * * *
9   TERRY PHILLIPS,                       )
                                          )
10                  Plaintiff,            )    3:06-cv-00620-LRH (VPC)
                                          )
11      v.                                )
                                          )    O R D E R
12  GREG COX, et al.,                     )
                                          )
13                  Defendants.           )
                                          )
14

15      The Court has considered the Report and Recommendation of United States Magistrate

16  Judge Valerie P. Cooke (#39) entered on May 16, 2008, in which the Magistrate Judge recommends

17  that Defendants' Motion for Summary Judgment (#23) be granted. No objection to the Report and

18  Recommendation was filed. The Court has considered the pleadings and memoranda of the parties and

19  other relevant matters of record and has made a review and determination in accordance with the

20  requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

1  ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2  Magistrate Judge (#39); therefore, Defendants' Motion for Summary Judgment (#23) is GRANTED.
3  The Clerk of the Court shall enter judgment accordingly.
4  IT IS SO ORDERED.
5  DATED this 11th day of June, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE