AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

TERRY PHILLIPS,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:06-cv-00620-LRH-VPC**

GREG COX, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Court hereby ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (Document #39); therefore, Defendants' Motion for Summary Judgment (Document #23) is GRANTED.


  June 12, 2008                                          **LANCE S. WILSON**
                                                                     Clerk


                                                                 /s/ Katie Lynn Ogden
                                                                     Deputy Clerk